**Howard Evans, appellee, v. Mrs. Charles Stern, alias Mary Stern, and Charles Stern, appellants. Gen. No. 37,351.**

■■■■■■ Heard in the first division of this court for the first district at the February term, 1934. ■■■■■■ Opinion filed April 30, 1934. Rehearing denied May 14, 1934.

Stebbins, McKinley & Price, for appellants; William McKinley and Paul E. Price, of counsel. Joseph H. Hinshaw, for appellee; Oswell G. Treadway, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

**The People of the State of Illinois ex rel. Oscar E. Carlstrom, defendant in error, v. Illinois State Automobile Association, plaintiff in error. Gen. No. 36,737.**

■■■■■■ Heard in the second division of this court for the first district at the October term, 1933. ■■■■■■ Opinion filed May 1, 1934.

Charles A. Williams, for plaintiff in error. Otto Kerner, Attorney General, for defendant in error; Floyd E. Thompson and Henry G. O'Donnell, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Arthur E. Glader, plaintiff in error. Gen. No. 36,961.**

■■■■■■ Heard in the second division of this court for the first district at the October term, 1933. ■■■■■■ Opinion filed May 1, 1934.

Edwin B. Bederman, for plaintiff in error; Harry V. Gralnek, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; William J. Lynch and James J. Cherry, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.